IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
January 15, 2025
LAURA A. AUSTIN, CLERK
BY:  s/ D. AUDIA
DEPUTY CLERK

| | |
|---|---|
| Thomas Navarro, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 3:24-cv-00030 |
| | ) |
| United States Center for SafeSport, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER AND FINAL JUDGMENT

This matter is before the court on motions to dismiss filed by Defendants United States Center for SafeSport ("SafeSport"), United States Equestrian Federation, Inc. ("USEF"), and United States Olympic & Paralympic Committee ("USOPC") (Dkts. 29, 30, 33).  For the reasons stated in the court's accompanying Memorandum Opinion, Defendants' motions to dismiss are **GRANTED**.  All counts alleged against USOPC are **DISMISSED without prejudice** for lack of subject matter jurisdiction.  All counts alleged against SafeSport and/or USEF are **DISMISSED with prejudice**, with the exception of Count VII, which is **DISMISSED without prejudice**.

The Clerk is directed to strike this case from the court's active docket.

**ENTERED** this 15th day of January, 2025.

/s/ *Jasmine H. Yoon*
_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE