IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISON

| | |
|---|---|
| Thomas Navarro, James Giorgio, and Nina Shaffer, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| United States Center for SafeSport, United States Olympic & Paralympic Committee, and United States Equestrian Federation, Inc., | ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 3:24cv00030

**NOTICE OF APPEAL**

Plaintiffs Thomas Navarro, James Giorgio, and Nina Shaffer, by counsel, appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on January 15, 2025.

Dated: February 12, 2025           Respectfully submitted,

By:   /s/ William C. Tucker
William C. Tucker (VSB No. 40754)
Tamara L. Tucker (VSB No. 39805)
Tucker Law Firm, PLC
690 Berkmar Circle
Charlottesville, Virginia 22901
(833) 388-2537 Phone & Fax
bill.tucker@tuckerlawplc.com
tamara.tucker@tuckerlawplc.com

*Counsel for Plaintiffs*